ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Construction and Service Solutions Corp. ) | ASBCA No. 61006 |
| ) | |
| Under Contract No. W912QR-13-D-0040 ) | |

APPEARANCES FOR THE APPELLANT:  Eric A. Frechtel, Esq.
Lisa A. Markman, Esq.
Bradley Arant Boult Cummings LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Thomas J. Warren, Esq.
Acting Engineer Chief Trial Attorney
Deena G. Braunstein, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Louisville

ORDER OF DISMISSAL

The appeal has been settled. Accordingly, it is dismissed with prejudice.

Dated: 4 October 2017

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61006, Appeal of Construction and Service Solutions Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals